UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

CLAUDIA BARBINI and MARYETTA HENRY,

        Plaintiffs,

v.

FIRST NIAGARA BANK N.A., KEYBANK N.A.,
as successor in interest to First Niagara Bank N.A.,
IRINA DAMYANIDU, in her official and individual
capacities, ROBERT McMICHAEL, in his official
and individual capacities, and HUGH LAWLESS, in
his official and individual capacities,

        Defendants.

-----------------------------------------------------------------x

16-cv-07887-NSR

**ORDER**

Román, D.J.:

        **THIS MATTER HAVING COME BEFORE THE COURT**, by motion of Defendants KeyBank National Association, successor by merger to First Niagara Bank, N.A., Irina Damyanidu, and Robert McMichael (collectively, the "Defendants"), are granted leave to file a joint motion for summary judgment with the following amended briefing schedule: moving papers shall be served, not filed, no later than April 6, 2020; opposition(s) shall be served, not filed, no later than May 15, 2020; and the reply shall be served no later than June 1, 2020. The parties are directed to file all motion documents on the reply date, June 1, 2020, and to provide two (2) copies of their respective motion documents to Chambers on the dates the documents are served upon their adversaries. If Plaintiffs file a joint opposition, they will seek a page length extension for the Memorandum of Law. If Plaintiffs file separate oppositions, they may seek additional time to submit their paperwork.

Dated: White Plains, NY
       March 20, 2020

SO ORDERED.

_____
The Honorable Nelson S. Román
United States District Judge

33090975.1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/2020