UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                  :

CLAUDIA BARBINI and MARYETTA HENRY,   :

          Plaintiffs,       :            16-cv-07887-NSR

                    :

      v.              :

FIRST NIAGARA BANK N.A., KEYBANK N.A.,  :
as successor in interest to First Niagara Bank N.A.,  :       **ORDER**
IRINA DAMYANIDU, in her official and individual  :
capacities, ROBERT McMICHAEL, in his official  :
and individual capacities, and HUGH LAWLESS, in  :
his official and individual capacities,  :

             :

          Defendants.      :
-------------------------------------------------------------------x

**THIS MATTER HAVING COME BEFORE THE COURT**, by motion of Defendants

KeyBank National Association, successor by merger to First Niagara Bank, N.A., Irina

Damyanidu, and Robert McMichael (collectively, the "Defendants"), are granted leave to file a

joint motion for summary judgment with the following amended briefing schedule: moving

papers shall be served, not filed, no later than April 13, 2020; opposition(s) shall be served, not

filed, no later than May 22, 2020; and the reply shall be served no later than June 8, 2020. The

parties are directed to file all motion documents on the reply date, June 8, 2020, and to provide

two (2) copies of their respective motion documents to Chambers on the dates the documents are

served upon their adversaries. If Plaintiffs file a joint opposition, they will seek a page length

extension for the Memorandum of Law. If Plaintiffs file separate oppositions, they may seek

additional time to submit their paperwork.

Dated:   White Plains, NY
       April 5, 2020

SO ORDERED.

_____
The Honorable Nelson S. Román
United States District Judge

Clerk of the Court requested to
terminate the motion (doc. 122).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/5/2020

33090975.1