**MEMO ENDORSED**

# Ogletree Deakins

Evan B. Citron
212.492.2068
evan.citron@ogletree.com

**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**

*Attorneys At Law*

599 Lexington Avenue, 17th Floor
New York, NY 10022
Telephone: 212.492.2500
Facsimile: 212.492.2501
www.ogletreedeakins.com

May 9, 2022

**By ECF**

The Honorable Nelson S. Román
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Due to a scheduled mediation, the parties' request to adjourn the telephonic Pretrial Conf. from May 11, 2022 until June 3, 2022 at 4 pm is GRANTED. The Court directs the parties to the Mar. 4, 2022 Minute Entry for dial-in instructions. Clerk of Court is requested to terminate the motion (doc. 157). Dated: White Plains, NY
May 9, 2022

**SO ORDERED:**

/s/ Nelson S. Román

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Re:   *Barbini et al. v. First Niagara Bank, N.A. et al.*, 16-CV-07887 (NSR)(JCM)

Your Honor:

We represent Defendants KeyBank National Association, successor by merger to First Niagara Bank, N.A., Irina Damyanidu, and Robert McMichael (collectively, "Defendants") in the above-referenced matter. On behalf of all parties, and in accordance with Rule 1.E of Your Honor's Individual Practices, we respectfully write to request an adjournment of the status conference currently scheduled for May 11, 2022 (the "Status Conference"), until a date subsequent to May 23, 2022 that is convenient for the Court.

In accordance with Your Honor's Mediation Referral Order (Docket No. 156), the parties are currently scheduled to appear for mediation through the Court-annexed Mediation Program on May 16, 2022 (the "Mediation"). In light of the parties' view that the Status Conference will prove more constructive and efficient if held after the Mediation, we respectfully request that the Court adjourn the Status Conference to a date subsequent to May 23, 2022 that is convenient for the Court.

We thank the Court for its consideration of this request.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By:  /s Evan B. Citron
       Evan B. Citron

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/2022

cc:   All counsel of record (by ECF)

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington