UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

CLAUDIA BARBINI AND MARYETTA HENRY,

                Plaintiff(s),                  **ORDER**

       - against -                      16 Civ. 7887 (NSR)

FIRST NIAGARA BANK, N.A., et al.,

                Defendant(s).

----------------------------------------------------------------X

Nelson S. Román, U.S.D.J.:

      The Court having been advised that all claims asserted herein have been settled, it is

      ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within sixty (60) days of the date hereof.

      The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 60 days with a request that the agreement be "so ordered" by the Court.

      In light of a settlement reached in principle, the Court adjourns the Final Pretrial Teleconference scheduled for May 19, 2023 and cancels the Jury Selection and Trial scheduled to commence on June 6, 2023.

SO ORDERED.

Dated:     White Plains, New York
             March 10, 2023

_____
Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/10/2023